**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>　　JOHN EDWARD MCKNIGHT III<br>　　Debtor(s)<br><br>　　NEWREZ LLC D/B/A SHELLPOINT<br>　　MORTGAGE SERVICING<br>　　Movant<br>　　v.<br><br>　　JOHN EDWARD MCKNIGHT III<br>　　Debtor(s)<br><br>　　JENNIFER WALTZ<br>　　Co-Debtor<br>　　SCOTT F. WATERMAN<br>　　Trustee<br>　　Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 22-13410-amc<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

　　　　AND NOW, upon consideration of the Stipulation between Debtor and NewRez LLC d/b/a Shellpoint Mortgage Servicing, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: _____
**Date: January 26, 2023**

_____
UNITED STATES BANKRUPTCY JUDGE