**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Edward Mcknight III                    CHAPTER 13
                Debtor(s)

                                           BKY. NO. 22-13410 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                                   Respectfully submitted,

                                       /s/ *Michael Farrington*
                                     Michael Farrington
                                     27 Jan 2023, 12:13:55, EST

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322