UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| John Edward McKnight, III | Bankruptcy No.22-13410-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of April, 2023, by first class mail upon those listed below:

John Edward McKnight, III
40 N Bonsall Ave.
Glenolden, PA  19036

**Electronically via CM/ECF System Only:**

MICHAEL A CATALDO ESQUIRE
GELLERT SCALI BUSENKELL & BROWN LLC
1628 JKF BLVD
SUITE 1901
PHILADELPHIA, PA  19103

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee