United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13410-amc |
| John Edward McKnight, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: 155 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Edward McKnight, III, 40 N Bonsall Ave., Glenolden, PA 19036-1311 |
| 14744780 | | Bill Craig, Esquire, Morton & Craig LLC, 110 Martin Ave, Suite 301, Moorestown, NJ 08057 |
| 14747081 | + | NewRez LLC d/ba Shellpoint Mortgage Servicing, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14748246 | + | Newrez LLC dba, Shellpoint Mortgage Servicing, c/o Charles Wohlrab Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14744783 | + | Rebecca Solarz, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14744785 | + | Santander Consumer USA INC, PO Box 961234, Fort Worth, TX 76161-0234 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14744781 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 23:44:10 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14744782 | | Email/Text: mtgbk@shellpointmtg.com | May 08 2023 23:43:00 | NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14752062 | ^ | MEBN | May 08 2023 23:39:32 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14747764 | + | Email/Text: RASEBN@raslg.com | May 08 2023 23:43:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14744784 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 08 2023 23:44:00 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14746509 | + | Email/Text: enotifications@santanderconsumerusa.com | May 08 2023 23:43:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14745989 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: 155 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

**Name**          **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

DANIEL P. JONES
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com

MICHAEL A. CATALDO
    on behalf of Debtor John Edward McKnight  III mcataldo@gsbblaw.com,
    bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing seisenberg@sterneisenberg.com
    bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Edward McKnight, III
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−13410−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 3, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Ashely M. Chan
                                                    Judge ,
                                                    United States Bankruptcy Court

                                                                                   49
                                                                                Form 155