IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>John Edward McKnight, III,<br><br><br>Debtors(s) | Case No: 22-13410 AMC<br>Chapter 13 |
|---|---|

**CERTIFICATION OF NO RESPONSE**
**REGARDING DOCKET NO. 41**

    The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses appears thereon. Counsel for Debtors certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

    It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

                                    GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 5/15/23                By:  /s/Michael A. Cataldo
                                        MICHAEL A. CATALDO (PA 49431)
                                        1628 John F. Kennedy Blvd. Suite 1901
                                        Philadelphia, PA 19103
                                        Telephone: (215) 238-0010
                                        Facsimile: (215) 238-0016
                                        mcataldo@gsbblaw.com

                                        *Counsel for the Debtor*