**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| John Edward McKnight, III, | : | |
| | : | Bankruptcy No. 22-13410 amc |
| Debtor. | : | |

### ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this __16th__ day of __May__, 20__23__, upon consideration of the Application for Compensation, it is

ORDERED that compensation of $6,737.50 is allowed and the balance due to counsel in the amount of $4,737.50 shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

Dated:

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE