| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-13410-AMC**

John Edward McKnight, III
40 N Bonsall Ave.
Glenolden  PA    19036

Petition Filed Date: 12/23/2022
341 Hearing Date: 02/03/2023
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2023 | $1,715.00 | | 02/23/2023 | $791.54 | | 03/08/2023 | $791.54 | |
| 03/22/2023 | $791.54 | | 04/05/2023 | $791.54 | | 04/19/2023 | $791.54 | |

**Total Receipts for the Period:  $5,672.70    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,672.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $4,737.50 | $4,737.50 | $0.00 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $11,334.96 | $0.00 | $11,334.96 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,088.11 | $0.00 | $1,088.11 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $7,211.09 | $38.74 | $7,172.35 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $79,453.11 | $426.82 | $79,026.29 |

Chapter 13 Case No. 22-13410-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,672.70 | Current Monthly Payment: | $1,968.00 |
| Paid to Claims: | $5,203.06 | Arrearages: | $5,904.00 |
| Paid to Trustee: | $469.64 | Total Plan Base: | $115,880.70 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.