IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No: 22-13410 AMC |
|---|---|
| John Edward McKnight, III<br>Debtor(s). | Chapter 13 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 57**

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the First Motion to Modify Plan.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the First Motion to Modify Plan appears thereon.  Counsel for Debtor certifies that the Motion is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 9/21/2022        By:  /s/Michael A. Cataldo
                                    MICHAEL A. CATALDO (PA 49431)
                                    1628 John F. Kennedy Blvd. Suite 1901
                                    Philadelphia, PA 19103
                                    Telephone: (215) 238-0010
                                    Facsimile: (215) 238-0016
                                    mcataldo@gsbblaw.com

*Counsel for the Debtor*