IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Edward McKnight | Chapter 13 |
| Debtor | Case no. 22-13410AMC |

**ORDER**

Upon consideration of Debtor's Motion to Modify Chapter 13 Plan after Confirmation, and Response thereto, and after a Hearing,

It is **ORDERED** that the Motion is **GRANTED**.

**Date: September 27, 2023**

BY THE COURT

_____

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE