IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No: 22-13410 AMC |
|---|---|
| John Edward McKnight, III<br>Debtor(s). | Chapter 13 |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 62

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Supplemental Application for Compensation. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Supplemental Application for Compensation appears thereon. Counsel for Debtor certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 9/27/2023     By: /s/Michael A. Cataldo
                         MICHAEL A. CATALDO (PA 49431)
                         1628 John F. Kennedy Blvd. Suite 1901
                         Philadelphia, PA 19103
                         Telephone: (215) 238-0010
                         Facsimile: (215) 238-0016
                         mcataldo@gsbblaw.com

                         *Counsel for the Debtor*