IN THE UNITED STATES BANKRUPTCYY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: John Edward McKnight                                       Chapter 13:  22-13410amc

         Debtor

**ORDER**

Upon Consideration of the Application of Gellert, Scali, Busenkell& Brown, LLC to Approve Supplemental Compensation,

It is ORDERED that the Application for Supplemental Compensation of $1,250.00 is allowed to Gellert, Scali, Busenkell & Brown, LLC., as an administrative expense with the balance of $1,250.00 paid by the trustee to the extent permitted by the approved Modified Plan.

By the Court: _____

**Date: September 28, 2023**

Ashely M. Chan
U.S. Bankruptcy Judge