| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-13410-AMC

John Edward McKnight, III
40 N Bonsall Ave.
Glenolden  PA    19036

Petition Filed Date: 12/23/2022
341 Hearing Date: 02/03/2023
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $1,000.00 | | 10/04/2023 | $2,169.00 | | 12/04/2023 | $2,169.00 | |
| 02/28/2024 | $2,169.00 | | 05/24/2024 | $4,338.00 | | 06/03/2024 | $1,085.00 | |
| 07/24/2024 | $2,169.00 | | | | | | | |

**Total Receipts for the Period: $15,099.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,771.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $4,737.50 | $4,737.50 | $0.00 |
| 1 | REGIONAL ACCEPTANCE CORP »» 001 | Unsecured Creditors | $11,334.96 | $0.00 | $11,334.96 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,088.11 | $0.00 | $1,088.11 |
| 3 | SANTANDER CONSUMER USA INC »» 003 | Secured Creditors | $7,211.09 | $1,066.28 | $6,144.81 |
| 4 | NEWREZ LLC  D/B/A »» 004 | Mortgage Arrears | $79,453.11 | $11,748.38 | $67,704.73 |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 22-13410-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,771.70 | Current Monthly Payment: | $2,169.00 |
| Paid to Claims: | $18,802.16 | Arrearages: | $9,760.00 |
| Paid to Trustee: | $1,969.54 | Total Plan Base: | $117,291.70 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.