| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13410-AMC

| | |
|---|---|
| John Edward McKnight, III | Petition Filed Date: 12/23/2022 |
| 40 N Bonsall Ave. | 341 Hearing Date: 02/03/2023 |
| Glenolden  PA  19036 | Confirmation Date: 05/03/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $1,085.00 | | 09/19/2024 | $2,169.00 | | 10/22/2024 | $2,169.00 | |
| 12/03/2024 | $3,000.00 | | 01/08/2025 | $2,169.00 | | 02/10/2025 | $7,500.00 | |
| 03/19/2025 | $2,169.00 | | 04/15/2025 | $2,169.00 | | 05/08/2025 | $2,169.00 | |
| 06/10/2025 | $2,169.00 | | 07/25/2025 | $2,513.00 | | | | |

**Total Receipts for the Period:  $29,281.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $50,052.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $4,737.50 | $4,737.50 | $0.00 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $11,334.96 | $0.00 | $11,334.96 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,088.11 | $0.00 | $1,088.11 |
| 3 | SANTANDER CONSUMER USA INC<br>»» 003 | Secured Creditors | $7,211.09 | $3,306.95 | $3,904.14 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $79,453.11 | $36,436.56 | $43,016.55 |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 22-13410-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,052.70 | Current Monthly Payment: | $2,169.00 |
| Paid to Claims: | $45,731.01 | Arrearages: | $6,507.00 |
| Paid to Trustee: | $4,321.69 | Total Plan Base: | $117,291.70 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.