Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Edward McKnight, III
40 N Bonsall Ave.
Glenolden, PA 19036

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-13410-AMC**

Petition Filed Date: 12/23/2022
341 Hearing Date: 02/03/2023
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/17/2025 | $2,169.00 | | 10/28/2025 | $2,169.00 | | 12/11/2025 | $5,000.00 | |
| 01/21/2026 | $2,169.00 | | 02/23/2026 | $2,169.00 | | 03/18/2026 | $4,000.00 | |
| 05/04/2026 | $1,085.00 | | 05/12/2026 | $1,085.00 | | 06/17/2026 | $1,085.00 | |

**Total Receipts for the Period: $20,931.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $70,983.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $4,737.50 | $4,737.50 | $0.00 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $11,334.96 | $0.00 | $11,334.96 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,088.11 | $0.00 | $1,088.11 |
| 3 | SANTANDER CONSUMER USA INC<br>»» 003 | Secured Creditors | $7,211.09 | $4,918.43 | $2,292.66 |
| 4 | NEWREZ LLC D/B/A<br>»» 004 | Mortgage Arrears | $79,453.11 | $54,192.13 | $25,260.98 |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 22-13410-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $70,983.70 | Current Monthly Payment: | $2,169.00 |
| Paid to Claims: | $65,098.06 | Arrearages: | $11,604.00 |
| Paid to Trustee: | $5,885.64 | Total Plan Base: | $117,291.70 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.